UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

ANDREW WIGGINS,

Defendant.

**ORDER**

26 Cr. 256 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The following schedule shall apply to pre-trial motions in this matter:

1. Defendant's motions shall be due **September 18, 2026**.
2. The Government's opposition shall be due **October 2, 2026**.
3. Defendant's replies, if any, shall be due **October 9, 2026**.

The court will conduct a conference in this matter on **October 14, 2026** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
September 11, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge