UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

ANDREW WIGGINS,

Defendant.

**ORDER**

26 Cr. 256 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

For the reasons stated at the November 5, 2026 conference, Defendant's motion to dismiss Count One of the Indictment (Dkt No. 26) is denied.

The Court will conduct a conference in this matter on **November 19, 2026, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
November 5, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge